

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Sakhorn Khamsiry, Appellant

No. 06-23-00217-CR         v.

The State of Texas, Appellee

Appeal from the 451st Judicial District Court of Kendall County, Texas (Tr. Ct. No. 9134). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We further order that the appellant, Sakhorn Khamsiry, pay all costs incurred by reason of this appeal.

RENDERED NOVEMBER 16, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk